| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**BENJAMIN HESTON (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>**ben@nexusbk.com** | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br><br>Moises Ivan Aguilera<br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION**<br>**DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

| Date: 02/28/2024 | Moises Ivan Aguilera | /s/ |
|---|---|---|
| | Printed name of Debtor 1 | Signature of Debtor 1 |

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

| Date: | | |
|---|---|---|
| | Printed name of Debtor 2 | Signature of Debtor 2 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                                                F 1002-1.EMP.INCOME.DEC

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10672911 | 10672911 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10672911 | Southern California Permanente Medical Group |
| **Employee Name** | **Job Title** | |
| Moises Ivan Aguilera | Mgr Amb Care Dept RN | |
| **Employee Address** | **Position** | **Employer Address** |
| 780 N Craig Ave<br>Pasadena, CA 91104 | Mgr Amb Care Dept RN | 393 E Walnut<br>Pasadena, CA 91188<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 5469 - Regional Offices - Pasadena - Rgnl Mg Admn-Oper Devel | CA990-1 |
| **Workweek** | **Base Rate** | |
| Monday 00:01 | 3,477.71  Weekly | **View My Time Off Balances** |
| **FLSA Week** | | |
| Salaried Exempt Employee | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 12-24-2023 | 01-06-2024 | 01-12-2024 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 7,542.95 | 7,542.95 |
| Employee Tax Deductions | 2,244.82 | 2,244.82 |
| Pretax Deductions | 474.41 | 474.41 |
| Voluntary Deductions | 276.67 | 276.67 |
| Net Payment | 4,019.05 | 4,019.05 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| VAC PTO | 5,564.34 | 5,564.34 |
| Holiday | 1,391.08 | 1,391.08 |
| Benefit Flex Credit | 59.53 | 59.53 |
| **Total Earnings** | **7,014.95** | **7,014.95** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| VAC PTO | | | 64.000 | Hours | 86.9428 | 5,564.34 |
| Holiday | | | 16.000 | Hours | 86.9428 | 1,391.08 |

| Imputed Income | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| DP Med | 428.25 | 428.25 |
| Life Impt Inc | 68.40 | 68.40 |
| DP Dental | 22.64 | 22.64 |
| DP Med Supp | 4.62 | 4.62 |
| DP Alt Mt Hlth | 4.09 | 4.09 |
| **Total Imputed Income** | 528.00 | 528.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Schwab 401k Pre Tax | 417.33 | 417.33 |
| Med Pre | 25.00 | 25.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supp Life Pre | **19.20** | **19.20** |
| Den Pre | **10.78** | **10.78** |
| Add Pre | **2.10** | **2.10** |
| **Total Pretax Deductions** | **474.41** | **474.41** |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | **1,066.71** | **1,066.71** |
| SIT Withheld (CA) | **523.85** | **523.85** |
| Social Security Employee Withheld | **464.12** | **464.12** |
| Medicare Employee Withheld | **108.55** | **108.55** |
| SDI Employee Withheld (CA) | **81.59** | **81.59** |
| **Total Tax Deductions** | **2,244.82** | **2,244.82** |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Schwab 401k After tax | **139.11** | **139.11** |
| Schwab 401k Loan | **56.39** | **56.39** |
| LTD | **42.87** | **42.87** |
| Schwab PlanB Loan | **37.60** | **37.60** |
| Dep AD&D | **0.70** | **0.70** |
| **Total Other Deductions** | **276.67** | **276.67** |

### Absence Accruals

| Description | Unit of Measure | Current | Balance |
|---|---|---|---|

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| Med ER | **792.56** | **792.56** |
| Schwab Plan B ER Contribution | **347.77** | **347.77** |
| Dental ER | **47.06** | **47.06** |
| Life Ins ER | **17.92** | **17.92** |
| Med Supp ER | **9.23** | **9.23** |
| Alt Men Hlth ER | **8.17** | **8.17** |
| **Total Employer Paid Benefits** | **1,222.71** | **1,222.71** |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 14039024056 | | | XXXXXXXX2972 | USD | **4,019.05** |

| | Tax Withholding Information | | | | |
|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** | |
| FEDERAL_2020 | Single or Married filing separately | N | **0.00** | **0.00** | |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Single or married with two or more incomes | N | | | | 6 | **0.00** |

# KAISER PERMANENTE®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10672911 | 10672911 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E10672911 | Southern California Permanente Medical Group |
| Employee Name | Job Title | |
| Moises Ivan Aguilera | Mgr Amb Care Dept RN | |
| Employee Address | Position | Employer Address |
| 780 N Craig Ave<br>Pasadena, CA 91104 | Mgr Amb Care Dept RN | 393 E Walnut<br>Pasadena, CA 91188<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 5469 - Regional Offices - Pasadena - Rgnl Mg Admn-Oper Devel | CA990-1 |
| Workweek | Base Rate | |
| Monday 00:01 | 3,477.71  Weekly | **View My Time Off Balances** |
| FLSA Week | | |
| Salaried Exempt Employee | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 01-07-2024 | 01-20-2024 | 01-26-2024 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 7,542.95 | 15,085.90 |
| Employee Tax Deductions | 2,244.82 | 4,489.64 |
| Pretax Deductions | 474.41 | 948.82 |
| Voluntary Deductions | 276.67 | 553.34 |
| Net Payment | 4,019.05 | 8,038.10 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Regular | 6,259.88 | 6,259.88 |
| Holiday | 695.54 | 2,086.62 |
| Benefit Flex Credit | 59.53 | 119.06 |
| VAC PTO | | 5,564.34 |
| **Total Earnings** | 7,014.95 | 14,029.90 |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 72.000 | Hours | 86.9428 | 6,259.88 |
| Holiday | | | 8.000 | Hours | 86.9428 | 695.54 |

| Imputed Income | | |
|---|---|---|
| Description | Current | Year to Date |
| DP Med | 428.25 | 856.50 |
| Life Impt Inc | 68.40 | 136.80 |
| DP Dental | 22.64 | 45.28 |
| DP Med Supp | 4.62 | 9.24 |
| DP Alt Mt Hlth | 4.09 | 8.18 |
| **Total Imputed Income** | 528.00 | 1,056.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Schwab 401k Pre Tax | 417.33 | 834.66 |

| Pretax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Med Pre | **25.00** | **50.00** |
| Supp Life Pre | **19.20** | **38.40** |
| Den Pre | **10.78** | **21.56** |
| Add Pre | **2.10** | **4.20** |
| **Total Pretax Deductions** | **474.41** | **948.82** |

| Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **1,066.71** | **2,133.42** |
| SIT Withheld (CA) | **523.85** | **1,047.70** |
| Social Security Employee Withheld | **464.13** | **928.25** |
| Medicare Employee Withheld | **108.54** | **217.09** |
| SDI Employee Withheld (CA) | **81.59** | **163.18** |
| **Total Tax Deductions** | **2,244.82** | **4,489.64** |

| Other Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Schwab 401k After tax | **139.11** | **278.22** |
| Schwab 401k Loan | **56.39** | **112.78** |
| LTD | **42.87** | **85.74** |
| Schwab PlanB Loan | **37.60** | **75.20** |
| Dep AD&D | **0.70** | **1.40** |
| **Total Other Deductions** | **276.67** | **553.34** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Med ER | **792.56** | **1,585.12** |
| Schwab Plan B ER Contribution | **347.77** | **695.54** |
| Dental ER | **47.06** | **94.12** |
| Life Ins ER | **17.92** | **35.84** |
| Med Supp ER | **9.23** | **18.46** |
| Alt Men Hlth ER | **8.17** | **16.34** |
| **Total Employer Paid Benefits** | **1,222.71** | **2,445.42** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 14221774147 | | | XXXXXXXX2972 | USD | **4,019.05** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | N | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Single or married with two or more incomes | N | | | | 6 | **0.00** |

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10672911 | 10672911 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E10672911 | Southern California Permanente Medical Group |
| Employee Name | Job Title | |
| Moises Ivan Aguilera | Mgr Amb Care Dept RN | |
| Employee Address | Position | Employer Address |
| 780 N Craig Ave<br>Pasadena, CA 91104 | Mgr Amb Care Dept RN | 393 E Walnut<br>Pasadena, CA 91188<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 5469 - Regional Offices - Pasadena - Rgnl Mg Admn-Oper Devel | CA990-1 |
| Workweek | Base Rate | |
| Monday 00:01 | 3,477.71  Weekly | View My Time Off Balances |
| FLSA Week | | |
| Salaried Exempt Employee | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 01-21-2024 | 02-03-2024 | 02-09-2024 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 7,542.95 | 22,628.85 |
| Employee Tax Deductions | 2,244.83 | 6,734.47 |
| Pretax Deductions | 474.41 | 1,423.23 |
| Voluntary Deductions | 276.67 | 830.01 |
| Net Payment | 4,019.04 | 12,057.14 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Regular | 6,259.88 | 12,519.76 |
| VAC PTO | 695.54 | 6,259.88 |
| Benefit Flex Credit | 59.53 | 178.59 |
| Holiday | | 2,086.62 |
| **Total Earnings** | **7,014.95** | **21,044.85** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 72.000 | Hours | 86.9428 | 6,259.88 |
| VAC PTO | | | 8.000 | Hours | 86.9428 | 695.54 |

| Imputed Income | | |
|---|---|---|
| Description | Current | Year to Date |
| DP Med | 428.25 | 1,284.75 |
| Life Impt Inc | 68.40 | 205.20 |
| DP Dental | 22.64 | 67.92 |
| DP Med Supp | 4.62 | 13.86 |
| DP Alt Mt Hlth | 4.09 | 12.27 |
| **Total Imputed Income** | 528.00 | 1,584.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Schwab 401k Pre Tax | 417.33 | 1,251.99 |

| Pretax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Med Pre | **25.00** | **75.00** |
| Supp Life Pre | **19.20** | **57.60** |
| Den Pre | **10.78** | **32.34** |
| Add Pre | **2.10** | **6.30** |
| **Total Pretax Deductions** | **474.41** | **1,423.23** |

| Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **1,066.71** | **3,200.13** |
| SIT Withheld (CA) | **523.85** | **1,571.55** |
| Social Security Employee Withheld | **464.12** | **1,392.37** |
| Medicare Employee Withheld | **108.55** | **325.64** |
| SDI Employee Withheld (CA) | **81.60** | **244.78** |
| **Total Tax Deductions** | **2,244.83** | **6,734.47** |

| Other Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Schwab 401k After tax | **139.11** | **417.33** |
| Schwab 401k Loan | **56.39** | **169.17** |
| LTD | **42.87** | **128.61** |
| Schwab PlanB Loan | **37.60** | **112.80** |
| Dep AD&D | **0.70** | **2.10** |
| **Total Other Deductions** | **276.67** | **830.01** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Med ER | **792.56** | **2,377.68** |
| Schwab Plan B ER Contribution | **347.77** | **1,043.31** |
| Dental ER | **47.06** | **141.18** |
| Life Ins ER | **17.92** | **53.76** |
| Med Supp ER | **9.23** | **27.69** |
| Alt Men Hlth ER | **8.17** | **24.51** |
| **Total Employer Paid Benefits** | **1,222.71** | **3,668.13** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 14374970739 | | | XXXXXXXX2972 | USD | **4,019.04** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | N | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Single or married with two or more incomes | N | | | | 6 | **0.00** |

# KAISER PERMANENTE®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10672911 | 10672911 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10672911 | Southern California Permanente Medical Group |
| **Employee Name** | **Job Title** | |
| Moises Ivan Aguilera | Mgr Amb Care Dept RN | |
| **Employee Address** | **Position** | **Employer Address** |
| 780 N Craig Ave<br>Pasadena, CA 91104 | Mgr Amb Care Dept RN | 393 E Walnut<br>Pasadena, CA 91188<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 5469 - Regional Offices - Pasadena - Rgnl Mg Admn-Oper Devel | CA990-1 |
| **Workweek** | **Base Rate** | |
| Monday 00:01 | 3,477.71  Weekly | **View My Time Off Balances** |
| **FLSA Week** | | |
| Salaried Exempt Employee | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 02-04-2024 | 02-17-2024 | 02-23-2024 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 7,542.95 | 30,171.80 |
| Employee Tax Deductions | 2,244.82 | 8,979.29 |
| Pretax Deductions | 474.41 | 1,897.64 |
| Voluntary Deductions | 276.67 | 1,106.68 |
| Net Payment | 4,019.05 | 16,076.19 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | 6,955.42 | 19,475.18 |
| Benefit Flex Credit | 59.53 | 238.12 |
| VAC PTO | | 6,259.88 |
| Holiday | | 2,086.62 |
| **Total Earnings** | **7,014.95** | **28,059.80** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| Regular | | | 80.000 | Hours | 86.9428 | 6,955.42 |

| Imputed Income | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| DP Med | 428.25 | 1,713.00 |
| Life Impt Inc | 68.40 | 273.60 |
| DP Dental | 22.64 | 90.56 |
| DP Med Supp | 4.62 | 18.48 |
| DP Alt Mt Hlth | 4.09 | 16.36 |
| **Total Imputed Income** | 528.00 | 2,112.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Schwab 401k Pre Tax | 417.33 | 1,669.32 |
| Med Pre | 25.00 | 100.00 |

| Pretax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Supp Life Pre | **19.20** | **76.80** |
| Den Pre | **10.78** | **43.12** |
| Add Pre | **2.10** | **8.40** |
| **Total Pretax Deductions** | **474.41** | **1,897.64** |

| Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **1,066.71** | **4,266.84** |
| SIT Withheld (CA) | **523.85** | **2,095.40** |
| Social Security Employee Withheld | **464.13** | **1,856.50** |
| Medicare Employee Withheld | **108.54** | **434.18** |
| SDI Employee Withheld (CA) | **81.59** | **326.37** |
| **Total Tax Deductions** | **2,244.82** | **8,979.29** |

| Other Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Schwab 401k After tax | **139.11** | **556.44** |
| Schwab 401k Loan | **56.39** | **225.56** |
| LTD | **42.87** | **171.48** |
| Schwab PlanB Loan | **37.60** | **150.40** |
| Dep AD&D | **0.70** | **2.80** |
| **Total Other Deductions** | **276.67** | **1,106.68** |

| Absence Accruals | | | |
|---|---|---:|---:|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Med ER | **792.56** | **3,170.24** |
| Schwab Plan B ER Contribution | **347.77** | **1,391.08** |
| Dental ER | **47.06** | **188.24** |
| Life Ins ER | **17.92** | **71.68** |
| Med Supp ER | **9.23** | **36.92** |
| Alt Men Hlth ER | **8.17** | **32.68** |
| **Total Employer Paid Benefits** | **1,222.71** | **4,890.84** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 14534833183 | | | XXXXXXXX2972 | USD | **4,019.05** |

| | Tax Withholding Information | | | |
|---|---|---|---:|---:|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | N | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---:|---:|---:|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Single or married with two or more incomes | N | | | | 6 | **0.00** |