ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013

Telephone:    (213) 452-0071
Facsimile:    (213) 452-0080

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 2:24-11518-SK |
|---|---|
| MOISES IVAN AGUILERA | 115182 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: BENJAMIN R HESTON
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 05/24/24 at 08:00 AM at Telephonically 1-866-917-0421 and, enter participant code number 6008507, for the reason set forth below:

    - No Appearance Required

Dated:    April 26, 2024           /s/ Rosendo Gonzalez
                                              ROSENDO GONZALEZ, TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 530 South Hewitt Street, Suite 148, Los Angeles, CA 90013.

On <u>April 26, 2024</u>, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

MOISES IVAN AGUILERA
780 NORTH CRAIG AVENUE
PASADENA, CA  91104

BENJAMIN R HESTON
HESTON & HESTON
19700 FAIRCHILD ROAD
SUITE 280
IRVINE, CA  92612

☒ **BY MAIL**
   ☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
   ☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on <u>April 26, 2024</u>, at Los Angeles, California.
   ☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ Gabrielle Gonzalez
Gabrielle Gonzalez