United States Bankruptcy Court

Central District of California

In re:                                                                                  Case No. 24-11518-SK

Moises Ivan Aguilera                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2               User: admin                                               Page 1 of 3

Date Rcvd: Jun 24, 2024            Form ID: 318a                                  Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Moises Ivan Aguilera, 780 North Craig Avenue, Pasadena, CA 91104-4934 |
| 41869469 | | ALLY CREDIT CARD, 1000 N West St Fl 11, Wilmington, DE 19801-1058 |
| 41869478 | | KARL HELTSLEY, 1972 Marguerite St, Palm Springs, CA 92264-6211 |
| 41869487 | | SYNCHRONY / CRATE & BARREL, PO Box 965022, Orlando, FL 32896-5022 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QRGONZALEZ.COM | Jun 25 2024 04:54:00 | Rosendo Gonzalez (TR), Gonzalez & Gonzalez Law, P.C., 530 S. Hewitt Street, Suite 148, Los Angeles, CA 90013-1906 |
| smg | | EDI: EDD.COM | Jun 25 2024 04:54:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 25 2024 04:54:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 25 2024 01:12:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41869469 | ^ | MEBN | Jun 25 2024 01:07:07 | ALLY CREDIT CARD, 1000 N West St Fl 11, Wilmington, DE 19801-1058 |
| 41869470 | | EDI: CAPITALONE.COM | Jun 25 2024 04:54:00 | CAPITAL ONE, PO Box 31293, Salt Lake Cty, UT 84131-0293 |
| 41869473 | | EDI: CITICORP | Jun 25 2024 04:54:00 | CITICARDS, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 41869490 | | Email/Text: cfcbackoffice@contfinco.com | Jun 25 2024 01:13:00 | THE BANK OF MISOURI, 4550 NEW LINDEN HILL RD, WILMINGTON, DE 19808 |
| 41869472 | | EDI: CITICORP | Jun 25 2024 04:54:00 | Citibank / The Home Depot, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 41869474 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2024 01:22:16 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 41869475 | | EDI: DISCOVER | Jun 25 2024 04:54:00 | DISCOVER BANK, PO Box 30939, Salt Lake Cty, UT 84130-0939 |
| 41869476 | | Email/Text: bankruptcy@gurstel.com | Jun 25 2024 01:13:00 | Gurstel Law Firm, 9320 E Raintree Dr, Scottsdale, AZ 85260-2098 |
| 41869477 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 25 2024 01:15:00 | HYUNDAI CAPITAL AMERICA, 4000 Macarthur Blvd, Newport Beach, CA 92660-2516 |
| 41869471 | | EDI: JPMORGANCHASE | Jun 25 2024 04:54:00 | Chase Card Services, PO Box 15369, Wilmington, |

District/off: 0973-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 24, 2024 | Form ID: 318a | Total Noticed: 33

| | | | | |
|---|---|---|---|---|
| | | | | DE 19850-5369 |
| 41869479 | + | Email/Text: rthompson@lfcu.org | Jun 25 2024 01:14:00 | LAFAYETTE FEDERAL CREDIT UNION, 2701 Tower Oaks Blvd, Rockville, MD 20852-4235 |
| 41869480 | | EDI: LENDNGCLUB | Jun 25 2024 04:54:00 | Lending Club Corp, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 41869481 | ^ | MEBN | Jun 25 2024 01:05:19 | Lending Point, 1201 Roberts Blvd, Suite 200, Kennesaw, GA 30144-3612 |
| 41869482 | | Email/Text: bankruptcy@bbandt.com | Jun 25 2024 01:14:00 | Lightstream / Suntrust Bank, PO Box 85092, Richmond, VA 23285-5092 |
| 41869483 | | Email/Text: ml-ebn@missionlane.com | Jun 25 2024 01:12:00 | MISSION LANE TAB BANK, 101 2nd St Ste 350, San Francisco, CA 94105-3669 |
| 41869484 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 25 2024 01:14:00 | NELNET / DEPT OF EDUCATION, 121 S 13th St, Lincoln, NE 68508-1922 |
| 41869485 | | Email/Text: electronicbkydocs@nelnet.net | Jun 25 2024 01:14:00 | NELNET LOAN SERVICES, PO Box 1649, Denver, CO 80201-1649 |
| 41869486 | ^ | MEBN | Jun 25 2024 01:05:06 | Prosper Funding, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 41869488 | | EDI: SYNC | Jun 25 2024 04:54:00 | Synchrony / Living Spaces, PO Box 965060, Orlando, FL 32896-5060 |
| 41869489 | | EDI: SYNC | Jun 25 2024 04:54:00 | Synchrony / Lowes, Po Box 530914, Atlanta, GA 30353-0914 |
| 41869491 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 25 2024 01:13:00 | THE BANK OF MISSOURI / FORTIVA, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 41869492 | | Email/Text: bankruptcy@bbandt.com | Jun 25 2024 01:14:00 | TRUIST BANK, PO Box 85052, Richmond, VA 23285-5052 |
| 41869493 | | Email/Text: vci.bkcy@vwcredit.com | Jun 25 2024 01:14:00 | VW CREDIT INC, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 41869494 | | Email/Text: vci.bkcy@vwcredit.com | Jun 25 2024 01:14:00 | VW Credit Leasing, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 41869495 | | EDI: WFFC2 | Jun 25 2024 04:54:00 | WELLS FARGO CARD SER, PO Box 393, Minneapolis, MN 55480-0393 |
| 41869496 | | EDI: WFFC2 | Jun 25 2024 04:54:00 | WELLS FARGO HOME MORTGAGE, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0973-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 24, 2024                       Form ID: 318a                                Total Noticed: 33

Date: Jun 26, 2024                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Moises Ivan Aguilera bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rosendo Gonzalez (TR) | rgonzalez@ecf.axosfs.com<br>rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Moises Ivan Aguilera** | Social Security number or ITIN   xxx–xx–0115 |
| | First Name  Middle Name  Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:24–bk–11518–SK | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Moises Ivan Aguilera

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/24/24

**Dated:** 6/24/24

**By the court:** Sandra R. Klein
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

19/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**